■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HENDERSON, Also Known as WILLIAM A. HENDERSON, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 16, 2009. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, as a class D felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM TUTTLE, JR., Appellant. [922 NYS2d 218]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered March 15, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ELLIOTT, Also Known as JAMES E. ELLIOTT, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered October 23, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.